# United States Court of Appeals
### For the Eighth Circuit

_____

No. 18-2169

_____

United States of America

*Plaintiff - Appellee*

v.

Michael Eden

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Joplin

_____

Submitted: February 27, 2019
Filed: March 8, 2019
[Unpublished]

_____

Before LOKEN, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Michael Eden directly appeals after he pleaded guilty to a child-pornography charge and the district court[1] sentenced him below the calculated Guidelines range.

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.

His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), suggesting that the sentence is substantively unreasonable. We have carefully reviewed the district court's sentencing decision and find no abuse of discretion. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461–62 (8th Cir. 2009) (en banc). Moreover, we have independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and conclude there are no nonfrivolous issues. Accordingly, we affirm the judgment, and grant counsel's motion to withdraw.

_____